IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA        )
                                )
        v.                      )
                                )        No, 1:25-mj-730
JORGE FIGUEIRA,                 )
                                )
        Defendant.              )

## ORDER

Before the Court is the defendant's Unopposed Motion to Extend Time for Indictment ("Motion"), requesting that the time to indict the defendant be extended through April 30, 2026. This is the third request to extend the time for indictment. In its Order granting the second request, which extended the time to indict through April 16, 2026, the Court stated that "[n]o further extension will be granted." [Dkt. No. 19]. Despite this language, defendant filed the instant Motion at approximately 5:45 p.m. on April 15, 2026. Finding that the defendant has not shown good cause for an extension, it is hereby

ORDERED that the Motion [Dkt. No. 25] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 16th day of April, 2026.

Alexandria, Virginia

_____/s/_____
Leonie M. Brinkema
United States District Judge