FILED
IN OPEN COURT

APR 16 2026

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:26-cr-74 |
| v. | Count 1: Conspiracy to Launder Monetary Instruments (18 U.S.C. § 1956(h)) |
| JORGE FIGUEIRA, | |
| *Defendant* | Forfeiture Notice |

## INDICTMENT

April 2026 Term – at Alexandria

## COUNT ONE

*(Conspiracy to Launder Monetary Instruments)*

THE GRAND JURY CHARGES THAT:

From at least January 2024 and continuing thereafter up to and including at least November 2025, within the Eastern District of Virginia and elsewhere, the defendant, JORGE FIGUEIRA, did knowingly and intentionally combine, conspire, confederate, and agree with others, both known and unknown, to commit offenses against the United States, in violation of Title 18, United States Code, Section 1956, to wit: (1) to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, the distribution of controlled substances and conspiracy to do the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds and knowing that the property involved in the financial transactions represented the

proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i); and (2) to conduct financial transactions affecting interstate and foreign commerce, which involved property represented to be the proceeds of specified unlawful activity, that is, the distribution of controlled substances and conspiracy to do the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, with the intent to conceal and disguise the nature, location, source, ownership, and control of the property believed to be the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(3)(B).

(In violation of Title 18, United States Code, Section 1956(h))

FORFEITURE NOTICE

THE GRAND JURY FINDS PROBABLE CAUSE THAT:

The defendant, JORGE FIGUEIRA, is hereby notified, pursuant to Federal Rule of Criminal Procedure 32.2(a), that upon conviction of the offense alleged in Count One of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense and any property traceable to such property.

Pursuant to Title 21, United States Code, Section 853(p), the defendant, JORGE FIGUEIRA, shall forfeit substitute property, if, by any act or omission of the defendant, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(Pursuant to Title 18, United States Code, Section 982(a)(1); Title 21, United States Code, Section 853; and Federal Rule of Criminal Procedure 32.2(a).)

A TRUE BILL

Pursuant to the E-Government Act,, The original of this page has been filed under seal in the Clerk's Office

FOREPERSON

Todd W. Blanche
Acting Attorney General

By: _____
Catherine Rosenberg
Edgardo J. Rodriguez
Assistant United States Attorneys